Robert CHEESEMAN, Plaintiff—
Appellant,

v.

Jack BANTA, Defendant—Appellee.

No. 04–35074.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 9, 2004.*

Decided Aug. 18, 2004.

Robert Cheeseman, Reedsport, OR, pro se.

Sean T. Brady, Esq., David F. Coursen, Esq., Office of the Oregon Attorney General, Salem, OR, for Defendant–Appellee.

Before: SCHROEDER, Chief Judge, RAWLINSON and CALLAHAN, Circuit Judges.

MEMORANDUM **

Robert Cheeseman appeals pro se the dismissal of his action under 42 U.S.C. § 1983 against Douglas County District Attorney Jack Banta. He contends that the district court erred in concluding that Banta was protected by prosecutorial immunity. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

In his amended complaint, Cheeseman alleged that Banta initiated charges and secured a grand jury indictment without probable cause, relying upon perjured testimony and hearsay; charged him under the wrong statute; failed to investigate the charges; failed to dismiss the charges even though he knew or should have known they were meritless; failed to bring Cheeseman to trial in a timely manner; refused to entertain Cheeseman's charges of perjury; and refused to provide him with copies of public records.

These allegations all concern activities " 'intimately associated with the judicial phase of the criminal process.' " *Broam v. Bogan*, 320 F.3d 1023, 1028 (9th Cir.2003) (quoting *Imbler v. Pachtman*, 424 U.S. 409, 430, 96 S.Ct. 984, 47 L.Ed.2d 128 (1976)). Accordingly, Banta was entitled to absolute prosecutorial immunity. *See id.* Cheeseman's contention lacks merit.

AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.